IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Joseph Michael Crossland, | ) | C/A No.:   3:23-cv-00977-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S RESPONSES TO** |
| vs. | ) | **LOCAL RULE 26.01** |
| | ) | **INTERROGATORIES** |
| Unum Life Insurance Company of | ) | |
| America, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, Unum Life insurance Company of America ("Unum"), would respond to the

Local Rule 26.01 Interrogatories as follows:

(A)     State the full name, address and telephone number of all persons or legal entities

who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**

None.

(B)     As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:**

Because this matter is governed by E.R.I.S.A. it should be heard non-jury.

(C)     State whether the party submitting these responses is a publicly owned company

and separately identify:  (1) any parent corporation and publicly-held corporation owning ten

percent (10%) or more of the party's stock; (2) each publicly owned company of which is a parent;

and (3) each publicly owned company in which the party owns ten percent (10%) or more of the

outstanding shares.

**ANSWER:**

1

Unum Life Insurance Company of America is a wholly owned subsidiary of Unum Group. Defendant is not a publicly owned company. Unum Group is a publicly traded company and owns 10% or more of Defendant's shares. Defendant is not the parent company of any publicly owned company. Defendant does not own 10% or more of another publicly owned company.

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:**

This division is proper in that the original action was removed from Lexington County and because Defendant can be found in this division for purposes of 29 U.S.C. § 1132(e).

(E)     In this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:  (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges?

**ANSWER:**

None.

(F)     If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:**

Defendant is properly identified.

2

(G)     If you contend that some other person or legal entity is, in whole or in part, liable

to you or the party asserting a claim against you in this matter, identify such person or entity and

describe the basis of said liability.

**ANSWER:**

Not applicable.

s/ Theodore D. Willard, Jr.
Theodore D. Willard, Jr.
Federal I.D. No. 5136
**MONTGOMERY WILLARD, LLC**
1002 Calhoun Street
Post Office Box 11886
Columbia, South Carolina 29211-1886
Telephone: (803) 779-3500

ATTORNEYS FOR DEFENDANT UNUM LIFE
INSURANCE COMPANY OF AMERICA

March 9, 2023
Columbia, South Carolina

3