IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Joseph Michael Crossland, | ) | C/A No.: 3:23-cv-00977-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S RESPONSE TO** |
| vs. | ) | **STANDING ORDER REGARDING** |
| | ) | **REMOVED CASES** |
| Unum Life Insurance Company of America, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Unum Life Insurance Company of America ("Unum"), responds to the Court Standing Order Regarding Removed Cases as follows:

1. The date(s) Defendant(s) or their representative(s) first received a copy of the summons and complaint in the state court action;

**RESPONSE:** February 17, 2023.

2. The date(s) each Defendant was served with a copy of the summons and complaint, if any of those dates differ from the date(s) set forth in item number 1;

**RESPONSE:** N/A.

3. In actions predicated on diversity jurisdiction, an explanation of whether any Defendants who have been served are citizens of South Carolina;

**RESPONSE:** N/A.

4. In actions predicated on diversity jurisdiction, the basis for believing that the amount in controversy exceeds $75,000.00;

**RESPONSE:** N/A.

5. If removal takes place more than thirty days after any Defendant first received a copy of the summons and complaint, the reasons why removal has taken place at this time and the date

1

on which Defendant(s) first received a paper identifying the basis for such a removal;

**RESPONSE:** N/A.

6. In actions removed on the basis of this Court's diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not summarily be remanded to state court; and

**RESPONSE:** N/A.

7. The identify of any Defendant who Plaintiff(s) served prior to the time of removal who did not formally join in notice of removal and the reasons therefor.

**RESPONSE:** N/A.

s/ Theodore D. Willard, Jr.
Theodore D. Willard, Jr.
Federal I.D. No. 5136
**MONTGOMERY WILLARD, LLC**
1002 Calhoun Street
Post Office Box 11886
Columbia, South Carolina 29211-1886
Telephone: (803) 779-3500

ATTORNEYS FOR DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA

March 10, 2023
Columbia, South Carolina